EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 807
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------------X
ALBERT FORD,

                                           Civil Action No. 12-12079
            Plaintiff (s),           AFFIDAVIT OF SERVICE

    -against-

BRUCE GELB, SUPERINTENDENT OF SOUZA-
BARANOWSKI CORRECTIONAL CENTER,
in his official and individual capacities;
OSVALDO VIDAL, DEPUTY
SUPRINTENDENT, in his official and
individual capacities; MICHAEL RODRIGUES,
DEPUTY SUPRINTENDENT, in his
official and individual capacities

                      Defendant (s).
------------------------------------------------------------------------X
STATE OF MASSACHUSETTS   )
                                :s.s.:
COUNTY OF MIDDLESEX      )

        PAUL NARDIZZI, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years, and reside in the State of Massachusetts.

        I am an agent for EPS Judicial Process Service, Inc. and received the copy of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Albert Ford's Motion for Preliminary Injunction; Affidavit of Albert Ford Notice; Albert Ford's Memorandum In Support Of Motion For Preliminary Injunction; General Order-09-3, Dated March 3, 2009; and General Order -10-01, dated February 2, 2010 for the above entitled-action to be served upon Michael Rodriguez, defendant herein named.

On the 13th day of November, 2012, at approximately 3:30 p.m. at P.O. Box 8000, Shirley, Massachusetts, I served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ALBERT FORD'S MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF ALBERT FORD NOTICE; ALBERT FORD'S MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; GENERAL Order-09-3, Dated March 3, 2009; and GENERAL ORDER - 10-01, dated February 2, 2010, in the above entitled-action, upon MICHAEL RODRIGUEZ, defendant herein named, by personally delivering to and leaving thereat a true copy of the above mentioned document with Vicki Pineda. At time of service, Ms. Pineda identified herself as a Paralegal Specialist for Souza-Baranowski Correctional Center and as a person authorized to accept service of process for Michael Rodriguez. Ms. Pineda is a person of suitable age and discretion at the aforementioned address.

Ms. Pineda is a Hispanic female, approximately 30 years of age, 5'5" tall, 100 lbs, with dark hair and dark eyes.

Sworn to before me this,
15th day of November, 2012

NOTARY PUBLIC

PAUL NARDIZZI

ELENA M. NARDIZZI
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Dec. 14, 2018

EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 807
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------------X
ALBERT FORD,

                    Plaintiff(s),

Civil Action No. 12-12079
AFFIDAVIT OF SERVICE

      -against-

BRUCE GELB, SUPERINTENDENT OF SOUZA-
BARANOWSKI CORRECTIONAL CENTER,
in his official and individual capacities;
OSVALDO VIDAL, DEPUTY
SUPRINTENDENT, in his official and
individual capacities; MICHAEL RODRIGUES,
DEPUTY SUPRINTENDENT, in his
official and individual capacities

                    Defendant(s).
-------------------------------------------------------------------------X

| STATE OF MASSACHUSETTS | ) |
|---|---|
| | :s.s.: |
| COUNTY OF MIDDLESEX | ) |

       PAUL NARDIZZI, being duly sworn, deposes and says:

       I am not a party to this action, am over the age of eighteen years, and reside in the State of Massachusetts.

       I am an agent for EPS Judicial Process Service, Inc. and received the copy of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Albert Ford's Motion for Preliminary Injunction; Affidavit of Albert Ford Notice; Albert Ford's Memorandum In Support Of Motion For Preliminary Injunction; General Order-09-3, Dated March 3, 2009; and General Order -10-01, dated February 2, 2010 for the above entitled-action to be served upon Osvaldo Vidal, defendant herein named.

On the 13th day of November, 2012, at approximately 3:30 p.m. at P.O. Box 8000, Shirley, Massachusetts, I served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ALBERT FORD'S MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF ALBERT FORD NOTICE; ALBERT FORD'S MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; GENERAL ORDER-09-3, Dated March 3, 2009; and GENERAL ORDER -10-01, dated February 2, 2010, in the above entitled-action, upon OSVLADO VIDAL, defendant herein named, by personally delivering to and leaving thereat a true copy of the above mentioned document with Vicki Pineda. At time of service, Ms. Pineda identified herself as a Paralegal Specialist for Souza-Baranowski Correctional Center and as a person authorized to accept service of process for Osvaldo Vidal. Ms. Pineda is a person of suitable age and discretion at the aforementioned address.

Ms. Pineda is a Hispanic female, approximately 30 years of age, 5'5" tall, 100 lbs, with dark hair and dark eyes.

Sworn to before me this,
15th day of November, 2012

NOTARY PUBLIC

PAUL NARDIZZI

ELENA M. NARDIZZI
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Dec. 14, 2018

EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 807
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------------X
ALBERT FORD,

                              Plaintiff(s),

        -against-

BRUCE GELB, SUPERINTENDENT OF SOUZA-
BARANOWSKI CORRECTIONAL CENTER,
in his official and individual capacities;
OSVALDO VIDAL, DEPUTY
SUPRINTENDENT, in his official and
individual capacities; MICHAEL RODRIGUES,
DEPUTY SUPRINTENDENT, in his
official and individual capacities

                            Defendant(s).
-----------------------------------------------------------------------X

Civil Action No. 12-12079
<u>AFFIDAVIT OF SERVICE</u>

STATE OF MASSACHUSETTS    )
                                          :s.s.:
COUNTY OF MIDDLESEX        )

        PAUL NARDIZZI, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years, and reside in the State of Massachusetts.

        I am an agent for EPS Judicial Process Service, Inc. and received the copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ALBERT FORD'S MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF ALBERT FORD NOTICE; ALBERT FORD'S MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; GENERAL ORDER-09-3, Dated March 3, 2009; and GENERAL ORDER -10-01, dated February 2, 2010 for the above entitled-action to be served upon Bruce Gelb, defendant herein named.

On the 13th day of November, 2012, at approximately 3:30 p.m. at P.O. Box 8000, Shirley, Massachusetts, I served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ALBERT FORD'S MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF ALBERT FORD NOTICE; ALBERT FORD'S MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; GENERAL ORDER-09-3, dated March 3, 2009; and GENERAL ORDER -10-01, dated February 2, 2010, in the above entitled-action, upon BRUCE GELB, defendant herein named, by personally delivering to and leaving thereat a true copy of the above mentioned document with Vicki Pineda. At time of service, Ms. Pineda identified herself as a Paralegal Specialist for Souza-Baranowski Correctional Center and as a person authorized to accept service of process for Bruce Gelb. Ms. Pineda is a person of suitable age and discretion at the aforementioned address.

Ms. Pineda is a Hispanic female, approximately 30 years of age, 5'5" tall, 100 lbs, with dark hair and dark eyes.

Sworn to before me this,
15th day of November, 2012

_____
NOTARY PUBLIC

_____
PAUL NARDIZZI

ELENA M. NARDIZZI
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Dec. 14, 2018