UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ALBERT FORD,                                                                      No. 1:12-cv-12079-JDG

    Plaintiff,

    v.

BRUCE GELB, Superintendent, Souza Baranowski Correctional Center,
OSVALDO VIDAL, Deputy Superintendent, and
MICHAEL RODRIGUES, Deputy Superintendent,

    Defendants.

## NOTICE OF APPEARANCE

Counsel enters appearance for the Defendants.

Dated: November 26, 2012        Respectfully Submitted,

                              NANCY ANKERS WHITE
                              Special Assistant Attorney General

                              /s/ William D. Saltzman
                              William D. Saltzman
                              BBO No. 439749
                              Department of Correction
                              70 Franklin Street, Suite 600
                              Boston, Massachusetts 02110-1300
                              (617) 727-3300, Ext. 154
                              wdsaltzman@doc.state.ma.us

## CERTIFICATE OF SERVICE

    I, William D. Saltzman, counsel for the defendants, hereby certify that I did serve this document upon counsel for plaintiff through the Court's electronic filing system (ECF) this 26th Day of November, 2012.

                              /s/ William D. Saltzman
                              William D. Saltzman