UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT FORD,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; BRUCE GELB, SUPERINTENDENT OF SOUZA-BARANOWSKI CORRECTIONAL CENTER; OSVALDO VIDAL, DEPUTY SUPERINTENDENT; MICHAEL RODRIGUES, DEPUTY SUPERINTENDENT<br><br>    Defendants. | C.A. No. 12-12079-JDG |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of plaintiff, Albert Ford.

              Respectfully Submitted,


              /s/ Lisa J. Pirozzolo
              Lisa J. Pirozzolo (BBO # 561922)
              Wilmer Cutler Pickering Hale and Dorr LLP
              60 State Street, Boston, MA 02109
              Tel. (617) 526-6000
              Fax  (617) 526-5000
              lisa.pirozzolo@wilmerhale.com

Dated: November 26, 2012

## **CERTIFICATE OF SERVICE**

      I, Lisa J. Pirozzolo, hereby certify that I served this document upon counsel for the defendants through the Court's electronic filing system (ECF) this 26th day of November 2012.

                                              /s/ Lisa J. Pirozzolo_____
                                              Lisa J. Pirozzolo