UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALBERT FORD, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 12-12079-JDG |
| MASSACHUSETTS DEPARTMENT OF CORRECTION; BRUCE GELB, SUPERINTENDENT OF SOUZA-BARANOWSKI CORRECTIONAL CENTER; OSVALDO VIDAL, DEPUTY SUPERINTENDENT; MICHAEL RODRIGUES, DEPUTY SUPERINTENDENT | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of plaintiff, Albert Ford.

Respectfully Submitted,


/s/ Marissa Eisenberg
Marissa K. Eisenberg (BBO # 677876)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street, Boston, MA 02109
Tel. (617) 526-6000
Fax (617) 526-5000
Marissa.eisenberg@wilmerhale.com

Dated: December 12, 2012

## **CERTIFICATE OF SERVICE**

I, Lisa J. Pirozzolo, hereby certify that I served this document upon counsel for the defendants through the Court's electronic filing system (ECF) this 12th day of December 2012.

/s/ Marissa K. Eisenberg
Marissa K. Eisenberg