UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ALBERT FORD,                                )
                                            )
                    Plaintiff,              )
                                            )
v.                                          )   C.A. No. 12-12079-JDG
                                            )
MASSACHUSETTS DEPARTMENT OF                 )
CORRECTION; BRUCE GELB,                     )
SUPERINTENDENT OF SOUZA-                    )
BARANOWSKI CORRECTIONAL CENTER;             )
OSVALDO VIDAL,                              )
DEPUTY SUPERINTENDENT;                      )
MICHAEL RODRIGUES,                          )
DEPUTY SUPERINTENDENT                       )
                                            )
                    Defendants.             )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of plaintiff, Albert Ford.

                                Respectfully Submitted,


                                /s/ Anant Saraswat_____
                                Anant K. Saraswat (BBO # 676048)
                                Wilmer Cutler Pickering Hale and Dorr LLP
                                60 State Street, Boston, MA 02109
                                Tel. (617) 526-6000
                                Fax  (617) 526-5000
                                anant.saraswat@wilmerhale.com

Dated: March 19, 2013

## **CERTIFICATE OF SERVICE**

  I, Anant Saraswat, hereby certify that I served this document upon counsel for the defendants through the Court's electronic filing system (ECF) this 19th day of March 2013.

                /s/ Anant Saraswat_____
                Anant K. Saraswat