UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ALBERT FORD,                           No. 1:12-cv-12079-WGY

    Plaintiff,

    v.

BRUCE GELB, Superintendent of the Souza
Baranowski Correctional Center;
OSVALDO VIDAL, Deputy Superintendent;
MICHAEL RODRIGUES, Deputy Superintendent,

    Defendants.

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance on behalf of Defendants Bruce Gelb, Osvaldo Vidal and Michael Rodrigues.

                                                Respectfully submitted,

                                                NANCY ANKERS WHITE
                                                Special Assistant Attorney General

Dated: March 21, 2013               /s/Richard E. Gordon
                                         Richard E. Gordon, BBO #678741
                                         Department of Correction-Legal Division
                                         70 Franklin Street, Suite 600
                                         Boston, MA 02110
                                         617-727-3300 ext. 299
                                         RGordon@doc.state.ma.us

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 21, 2013.

Dated: March 21, 2013               /s/Richard E. Gordon
                                         Richard E. Gordon