UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALBERT FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-12079-JDG |
| | ) | |
| MASSACHUSETTS DEPARTMENT OF CORRECTION; BRUCE GELB, SUPERINTENDENT OF SOUZA-BARANOWSKI CORRECTIONAL CENTER; OSVALDO VIDAL, DEPUTY SUPERINTENDENT; MICHAEL RODRIGUES, DEPUTY SUPERINTENDENT | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of plaintiff, Albert Ford.

Respectfully Submitted,

/s/ Ryan Tansey
Ryan Tansey (BBO# 685188)
Wilmer Cutler Pickering Hale and Dorr LLP
250 Greenwich Street
New York, NY 10007
Tel. (212) 230 8800
Fax  (212) 230 8888
Ryan.tansey@wilmerhale.com

Dated: April 3, 2013

## **CERTIFICATE OF SERVICE**

  I, Ryan Tansey, hereby certify that I served this document upon counsel for the defendants through the Court's electronic filing system (ECF) this 3rd day of April 2013.

                  /s/ Ryan Tansey
                  Ryan Tansey