UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
ALBERT FORD,                                )
                                            )
                 Plaintiff,                 )
                                            )
v.                                          )   C.A. No. 12-12079-JDG
                                            )
MASSACHUSETTS DEPARTMENT OF                 )
CORRECTION; BRUCE GELB,                     )
SUPERINTENDENT OF SOUZA-                    )
BARANOWSKI CORRECTIONAL CENTER;             )
OSVALDO VIDAL,                              )
DEPUTY SUPERINTENDENT;                      )
MICHAEL RODRIGUES,                          )
DEPUTY SUPERINTENDENT                       )
                                            )
                 Defendants.                )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of plaintiff, Albert Ford.

                        Respectfully Submitted,

                        /s/ Kelly Halford_____
                        Kelly Halford (BBO # 684880)
                        Wilmer Cutler Pickering Hale and Dorr LLP
                        60 State Street, Boston, MA 02109
                        Tel. (617) 526-6000
                        Fax  (617) 526-5000
                        kelly.halford@wilmerhale.com

Dated: April 4, 2013

## **CERTIFICATE OF SERVICE**

I, Kelly Halford, hereby certify that I served this document upon counsel for the defendants through the Court's electronic filing system (ECF) this 4th day of April 2013.

/s/ Kelly Halford_____
Kelly Halford

ActiveUS 107626152v.1